IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| STACY TIPTON, | § | |
|---|---|---|
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 4:19-cv-00877-BRW |
| | § | |
| CONN APPLIANCES, INC. | § | |
| *Defendant*. | § | |

## STIPULATED ORDER EXTENDING
## DEFENDANT'S DEADLINE TO PLEAD TO PLAINTIFF'S COMPLAINT

Pursuant to the agreement of undersigned counsel for Plaintiff, Stacy Tipton, and Defendant, Conn Appliances, Inc., it is hereby ORDERED that the deadline for Defendant to file a responsive pleading to Plaintiff's Complaint (dkt. #1) is hereby extended through January 20, 2020.

SIGNED this __6th__ day of January 2020.

    __J. Kornegay, Deputy Clerk__
    James W. McCormack, Clerk of Court

Agreed:

__Joshua Sanford__
Joshua Sanford
Arkansas Bar No. 2001037
*Attorney for Plaintiff*
*Stacy Tipton*
Sanford Law Firm
One Financial Center
650 South Shackleford, Suite 411
Little Rock, AR 72211
501-221-0088
Email: josh@sanfordlawfirm.com

*Jason R. Derry*  
Jason R. Derry  
Florida Bar No. 36970  
*Attorney for Plaintiff*  
*Stacy Tipton*  
Morgan & Morgan, P.A.  
One Tampa City Center  
201 North Franklin Street, Suite 700  
Tampa, Florida 33602  
Telephone: 813-223-5505  
Email: jderry@forthepeople.com


*P. Joshua Wisley*  
P. Joshua Wisley  
Ark. Bar No. 2003059  
*Attorney for Defendant*  
*Conn Appliances, Inc.*  
Conner & Winters, LLP  
4375 N. Vantage Dr., Suite 405  
Fayetteville, Arkansas 72703  
Telephone: (479) 582-5711  
Email: jwisley@cwlaw.com

# Jake Kornegay

| | |
|---|---|
| **From:** | Heather Edmonson <HEdmonson@cwlaw.com> |
| **Sent:** | Monday, January 6, 2020 4:48 PM |
| **To:** | AREDdb_clerksoffice |
| **Cc:** | Joshua Wisley |
| **Subject:** | Stacy Tipton v. Conn Appliances, Inc., USDC Eastern District of Arkansas No. 19-cv-00877-BRW |
| **Attachments:** | Stipulated Order Extending Defendant's Time to Plead.docx |

Dear Sir or Madam:

Attached please find a proposed Stipulated Order signed by all parties in the above-captioned case.

Thank you for your assistance.

**Heather Edmonson** | Legal Secretary
**CONNER & WINTERS, LLP**
4375 N. Vantage Drive, Suite 405 | Fayetteville, AR 72703
P 479.587.3411 | F 479.587.1426
HEdmonson@cwlaw.com | [cwlaw.com](cwlaw.com)

This message and any attachments may contain information that is highly confidential, privileged, and exempt from disclosure. Any recipient other than the intended recipient is advised that any dissemination, distribution, copying, or other use of this message is strictly prohibited.

If you have received this message in error, please notify the sender immediately.